**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | **CASE NO: 23-43170** |
| **JOHN IRVIN STREBE** ) | **Chapter 13** |
| **JULIE LEIGH STREBE** ) | |
| ) | **Re: Objection to Claim 24 filed by** |
| ) | **HF SINCLAIR LLC** |
| ) | **Acct: XXX4604** |
| ) | **Amount: $371.02** |
| **Debtors** ) | **Response Due: February 02, 2024** |
| ) | |

**TRUSTEE'S OBJECTION TO CLAIM 24**

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 30 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her objection to claim states as follows:

The claim filed by HF SINCLAIR LLC dated December 11, 2023 for $371.02 was filed after the last day for filing claims in this case which was November 15, 2023, and said claim should be denied.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

Dated: January 03, 2024

OBJCLM--AC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**23-43170 Trustee's Objection to Claim 24**                                        **01/03/2024  Page 2**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on January 03, 2024, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on January 03, 2024.

JOHN IRVIN STREBE
JULIE LEIGH STREBE
700 NORTH HICKORY STREET
SALEM, MO  65560

HF SINCLAIR LLC
PO BOX 31826
SALT LAKE CITY, UT  84131

/s/ Diana S. Daugherty
Diana S. Daugherty, Chapter 13 Trustee