**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO: 23-43170-169** |
| | ) | **Chapter 13** |
| **JOHN IRVIN STREBE** | ) | **Re:  Objection to Claim 24 filed by** |
| **JULIE LEIGH STREBE,** | ) | **HF SINCLAIR LLC** |
| | ) | **Acct: XXX4604** |
| | ) | |
| **Debtors.** | ) | **Re:  Doc. No. 16** |

**CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM**

The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 30 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--AC
28 OBJ: 01/03/2024

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

**ORDER**

Upon Trustee's objection to claim number 24 filed by HF SINCLAIR LLC, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is denied. The Trustee is to make no payment on the claim.

DATED: February 13, 2024
St. Louis, Missouri
jah

BONNIE L. CLAIR
Chief United States Bankruptcy Judge

Copy mailed to:

JOHN IRVIN STREBE
JULIE LEIGH STREBE
700 NORTH HICKORY STREET
SALEM, MO  65560

CONSUMER LAW CENTER OF STL
2249 S BRENTWOOD BLVD
BRENTWOOD, MO  63144

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

HF SINCLAIR LLC
PO BOX 31826
SALT LAKE CITY, UT  84131