**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In Re:  **JOHN IRVIN STREBE and** | ) Case No. 23-43170-169 |
| **JULIE LEIGH STREBE** | ) Chapter 13 |
| Debtor(s) | ) |
| | ) |
| RIVERWAYS FEDERAL CREDIT UNION | ) Objection to Claim #9 filed by |
| | ) **RIVERWAYS FEDERAL CREDIT UNION** |
| Creditor/Respondent | ) Account No 0023 |

**OBJECTION TO CLAIM AND NOTICE**

**NOTICE**

**THIS MOTION, APPLICATION OR OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, APPLICATION OR OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.**

**YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 30 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION, APPLICATION OR OBJECTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**IF YOU OPPOSE THE MOTION, APPLICATION OR OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION, APPLICATION OR OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

**OBJECTION**

COME NOW Debtors, by and through the attorney, and for this objection state(s) as follows:

1. RIVERWAYS FEDERAL CREDIT UNION, creditor herein, filed a claim in the amount of $1,946.32 fully secured by the following collateral: 2004 FORD F150
2. The claim should be allowed as filed, but ordered not paid.
3.  It appears that the debt has been paid in full per creditor (per lien release attached hereto).

4.   The Trustee should refrain from making any further payments on the claim.

      Wherefore the Debtors pray the Court enter its order sustaining this objection and for such other relief as may be just and proper.

                Respectfully Submitted,
                CONSUMER LAW CENTER OF ST. LOUIS

                /s/ David Nelson Gunn
                David Nelson Gunn, 54880MO
                2249 South Brentwood Blvd.
                Brentwood, MO 63144
                (314) 961 9822
                (314) 961-9825 Fax
                generalmail@thebkco.com

### CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document was filed electronically on April 7, 2026 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

      I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, address to those parties listed below on April 7, 2026.

                /s/ Rachelle Strong
                Rachelle Strong, Paralegal

Diana S Daugherty
Chapter 13 Trustee
PO BOX 430908
St. Louis, MO  63143

Riverways Federal Credit Union
1012 Forum Drive
Rolla MO 65401
CREDITOR

John and Julie Strebe
700 North Hickory Street
Salem MO 65560
Debtors