**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 23-43170-169 |
| | ) | Chapter 13 |
| **JOHN IRVIN STREBE** and | ) | |
| **JULIE LEIGH STREBE**, | ) | |
| | ) | |
| Debtors/Movants, | ) | |
| | ) | |
| vs. | ) | Re: Doc. No. 20 |
| | ) | |
| **RIVERWAYS FEDERAL** | ) | |
| **CREDIT UNION**, | ) | |
| | ) | |
| Claimant/Respondent. | ) | |

## CERTIFICATION OF NO RESPONSE

The undersigned certifies that all entities entitled to notice of the Objection to Claim filed by the undersigned in accordance with Local Bankruptcy Rules have been served with the foregoing Objection and Notice and the time for response has passed.  No responses in opposition have been filed or any responses in opposition have been resolved as set forth below.  Movants request the Court enter the proposed order previously submitted or the attached order which supersedes any prior proposed orders.

Date: <u>May 13, 2026</u>

/s/ David Nelson Gunn
David Nelson Gunn, 54880MO
2249 South Brentwood Blvd.
Brentwood, MO 63144
(314) 961 9822 Fax (314) 961-9825
generalmail@thebkco.com

## ORDER

Upon the filing of the Debtors' Objection to Claim No. 9-1 filed by Riverways

Federal Credit Union, in the amount of $1,946.32 (the "Objection"); no response to the

Objection appearing of record; for good cause shown, it is accordingly

**ORDERED** that the Objection be and it is hereby **SUSTAINED** in that Claim No.9-

1 is allowed but ordered not paid by the Chapter 13 Trustee.


DATED: June 29, 2026                         _____
St. Louis, Missouri                          BONNIE L. CLAIR
jah                                          Chief United States Bankruptcy Judge



**Order prepared by:**

**David Nelson Gunn**
The Consumer Law Center of St. Louis, LLC
2249 S. Brentwood
Saint Louis, MO 63144
ATTORNEY FOR DEBTORS


**Copies to:**

**David Nelson Gunn**                        111 S Tenth St, Ste 6.353
Consumer Law Center of St. Louis, LLC        St. Louis, MO 63102
2249 S. Brentwood                            U.S. TRUSTEE
Saint Louis, MO 63144
ATTORNEY FOR DEBTORS

**John Irvin Strebe**
700 North Hickory Street
Salem, MO 65560
DEBTOR

**Julie Leigh Strebe**
700 North Hickory Street
Salem, MO 65560
DEBTOR

**Riverways Federal Credit Union**
1012 Forum Drive
Rolla MO 65401
CLAIMANT

**Diana S. Daugherty**
P.O. Box 430908
St. Louis, MO 63143
CHAPTER 13 TRUSTEE
**Office of U.S. Trustee**